# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBBIE HEVERLING** and **NATHAN HESS,** | : CIVIL ACTION NO. 1:17-CV-1433 |
| | : |
| | : **(Chief Judge Conner)** |
| **Plaintiffs** | : |
| v. | : |
| **MCNEIL CONSUMER PHARMACEUTICALS, CO.,** | : |
| **Defendant** | : |

## ORDER

AND NOW, this 12th day of March, 2018, upon consideration of defendant's motion (Doc. 3) to dismiss the complaint (Doc. 1-1), and the parties' respective briefs in support of and opposition to said motion (Docs. 4, 10-1, 12), and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 3) to dismiss is GRANTED with prejudice.

2. The Clerk of Court is directed to CLOSE this case.

          /S/ CHRISTOPHER C. CONNER
          Christopher C. Conner, Chief Judge
          United States District Court
          Middle District of Pennsylvania